IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ANA GLADYS MELGAR, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 9:25-CV-293-MJT |
| § | |
| PAMELA BONDI, BRET BRADFORD, § | |
| AND ALEXANDER SANCHEZ, § | |
| § | |
| Respondents. § | |

## ORDER ACKNOWLEDGING DISMISSAL

Pending before the court is the Petitioner's Motion for Voluntary Dismissal. (Doc. #2.) Under Rule 41, a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. FED. R. CIV. P. 41 (a)(1)(A)(i). Respondents have not filed an answer or response to the Petition.

It is, therefore, ORDERED that the Plaintiff's Dismissal is ACCEPTED. Accordingly, the above case is DISMISSED WITHOUT PREJUDICE with each party to bear its own costs of court. The Clerk of Court is directed to close the case and deny all pending motions as moot.

**SIGNED this the 6th day of November, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE